B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chicago Fresh Meats, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**75-3007150** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5755 Rosinweed Lane**<br>**Naperville, IL**<br>ZIP Code **60564** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **N/A** | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** John S. Biallas 00203890 ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13) <span style="float:right">Page 2</span>

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chicago Fresh Meats, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chicago Fresh Meats, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ John S. Biallas**
Signature of Attorney for Debtor(s)

**John S. Biallas 00203890**
Printed Name of Attorney for Debtor(s)

**John S. Biallas, Attorney At Law**
Firm Name

**3N918 Sunrise lane**
**St. Charles, IL 60174**

_____
Address

                              **Email: jsb70@comcast.net**
**630-513-7878  Fax: 630-578-0426**
Telephone Number

**October  3, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Nadin El Kareh**
Signature of Authorized Individual

**Nadin El Kareh**
Printed Name of Authorized Individual

**Prsident**
Title of Authorized Individual

**October  3, 2013**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Chicago Fresh Meats, Inc.**

,

Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 136,696.90 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,050,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 805,871.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 136,696.90 | | |
| Total Liabilities | | | | 1,855,871.52 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Chicago Fresh Meats, Inc.** _____,    Case No. _____

Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Chicago Fresh Meats, Inc.**                                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Chicago Fresh Meats, Inc.**                                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Chicago Fresh Meats, Inc.**                                                    Case No. _____
                                                                    ,
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Uncollected Accounts receivable (see Attached print out)** | **-** | **136,696.90** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **136,696.90**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Chicago Fresh Meats, Inc.**                                     ,    Case No. _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)
Total >        136,696.90

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

CHICAGO FRESH MEATS, INC.
**Open Invoices**
As of September 3, 2013

| | Type | Date | Num | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **Olive Mount Mart** | | | | | | | |
| | Invoice | 12/21/2011 | NSF1145 | C.O.D. | 12/21/2011 | 622 | 146.42 |
| | Invoice | 12/21/2011 | 62221 | C.O.D. | 12/21/2011 | 622 | 585.75 |
| | Invoice | 12/22/2011 | 62243 | C.O.D. | 12/22/2011 | 621 | 559.35 |
| | Invoice | 12/23/2011 | 62265 | C.O.D. | 12/23/2011 | 620 | 1,399.10 |
| | Invoice | 12/27/2011 | 62278 | C.O.D. | 12/27/2011 | 616 | 962.23 |
| | Invoice | 12/29/2011 | NSF208 | C.O.D. | 12/29/2011 | 614 | 5,032.00 |
| | Invoice | 01/06/2012 | NSF267 | C.O.D. | 01/06/2012 | 606 | 1,532.00 |
| | Invoice | 01/11/2012 | NSF3368000 | C.O.D. | 01/11/2012 | 601 | 1,954.00 |
| | Invoice | 01/12/2012 | NSF3368000 | C.O.D. | 01/12/2012 | 600 | 1,777.09 |
| | Invoice | 01/19/2012 | NSF257 | C.O.D. | 01/19/2012 | 593 | 1,532.00 |
| | Invoice | 01/31/2012 | NSF258 | C.O.D. | 01/31/2012 | 581 | 1,532.00 |
| | Invoice | 02/08/2012 | NSF259 | C.O.D. | 02/08/2012 | 573 | 1,532.00 |
| | Invoice | 03/01/2012 | NSF490 | C.O.D. | 03/01/2012 | 551 | 5,532.00 |
| | Invoice | 03/01/2012 | NSF489 | C.O.D. | 03/01/2012 | 551 | 5,532.00 |
| | Invoice | 04/25/2012 | NSF1106 | C.O.D. | 04/25/2012 | 496 | 782.00 |
| | Invoice | 04/30/2012 | 63647 | C.O.D. | 04/30/2012 | 491 | 548.80 |
| | Invoice | 05/08/2012 | 63728 | C.O.D. | 05/08/2012 | 483 | 135.52 |
| | Invoice | 06/01/2012 | 64047 | C.O.D. | 06/01/2012 | 459 | 2,326.73 |
| | Invoice | 06/07/2012 | 64097 | C.O.D. | 06/07/2012 | 453 | 764.65 |
| | Invoice | 06/08/2012 | NSF NO# ??? | C.O.D. | 06/08/2012 | 452 | 1,532.00 |
| | Invoice | 06/08/2012 | 64126 | C.O.D. | 06/08/2012 | 452 | 1,108.45 |
| | Invoice | 06/11/2012 | NSF282 | C.O.D. | 06/11/2012 | 449 | 20.90 |
| | Invoice | 06/13/2012 | NSF271 | C.O.D. | 06/13/2012 | 447 | 2,096.64 |
| | Invoice | 08/10/2012 | 64944 | C.O.D. | 08/10/2012 | 389 | 2,166.28 |
| | Invoice | 03/01/2013 | 67072 | C.O.D. | 03/01/2013 | 186 | 0.56 |
| | Invoice | 03/22/2013 | 67259 | C.O.D. | 03/22/2013 | 165 | 1,000.02 |
| **Total Olive Mount Mart** | | | | | | | 42,090.49 |
| **Rizik Halal Meat** | | | | | | | |
| | Invoice | 11/20/2012 | 66171 | Wire Transfer | 11/20/2012 | 287 | 17,540.79 |
| | Invoice | 11/28/2012 | 66246 | Wire Transfer | 11/28/2012 | 279 | 15,967.91 |
| | Invoice | 12/12/2012 | 66406 | Wire Transfer | 12/12/2012 | 265 | 18,168.24 |
| | Invoice | 12/20/2012 | 2330020 | Wire Transfer | 12/20/2012 | 257 | 33,500.00 |
| | Invoice | 12/21/2012 | 66504 | Wire Transfer | 12/21/2012 | 256 | 9,429.47 |
| **Total Rizik Halal Meat** | | | | | | | 94,606.41 |
| | | | | | | | **136,696.90** |

**B6D (Official Form 6D) (12/07)**

In re   **Chicago Fresh Meats, Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 1**<br>**American Chartered Bank**<br>**1199 E. Higgins Rd.**<br>**Schaumburg, IL 60173** | X | - | **UCC-1 Financing Statement**<br><br>**All Assets of Corporation,**<br><br><br>Value $        **Unknown** | | | | **1,050,000.00** | **Unknown** |
| Account No.<br><br>**Mr. Sam Schumer**<br>**Meltzer, Purtill & Stelle, Ltd**<br>**300 S. Wacker Drive**<br>**Chicago, IL 60606** | | | **Representing:**<br>**American Chartered Bank**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**Small Business Administration**<br>**500 West Madison Street**<br>**Chicago, IL 60661** | | | **Representing:**<br>**American Chartered Bank**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br><br><br>Value $ | | | | | | | | |

<u>  0  </u>   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **1,050,000.00** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **1,050,000.00** | **0.00** |

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re    **Chicago Fresh Meats, Inc.**                                                    Case No. _____

_____,

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>0</u>    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Chicago Fresh Meats, Inc.**                                                    Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 1 Air Liquide PO BOX 95198 Chicago, IL 60694-5198 | - | | | | | | | 97.00 |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 2 Allied Packaging System & Supplies 133 N. 25th Ave. Melrose Park, IL 60160 | - | | | | | | | 924.75 |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 3 Allied Waste PO BOX 9001154 Louisville, KY 40290 | - | | | | | | | 2,939.00 |
| Account No. | | | | Unsecured portion of Business Loan | | | | |
| Creditor #: 4 American Chartered Bank 1199 E. Higgins Rd. Schaumburg, IL 60173 | - | | | | | | | Unknown |
| __16__  continuation sheets attached | | | | Subtotal (Total of this page) | | | | 3,960.75 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chicago Fresh Meats, Inc.**                                          ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mr. Sam Schumer**<br>**Meltzer, Purtill & Stelle, Ltd**<br>**300 S. Wacker Drive**<br>**Chicago, IL 60606** | | | **Representing:**<br>**American Chartered Bank** | | | | **Notice Only** |
| Account No.<br><br>**Small Business Administration**<br>**500 West Madison Street**<br>**Chicago, IL 60661** | | | **Representing:**<br>**American Chartered Bank** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 5**<br>**American Label & Tag**<br>**41878**<br>**Canton, MI 48187** | - | | **Trade Debt** | | | | **9,881.20** |
| Account No.<br>**Creditor #: 6**<br>**Amiflex Packaging**<br>**3350 Main**<br>**Skokie, IL 60076** | - | | **Trade Debt** | | | | **58.00** |
| Account No.<br>**Creditor #: 7**<br>**AMS Mechanical Systems, Inc**<br>**140 Tower Drive**<br>**Willowbrook, IL 60527** | - | | **Trade Debt** | | | | **12,395.00** |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,334.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chicago Fresh Meats, Inc.**                              , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Creditor #: 8<br>AT&T<br>PO BOX 8100<br>Aurora, IL 60507-8100 | | - | | | | | 326.00 |
| Account No. | | | Trade Debt | | | | |
| Creditor #: 9<br>B&G Plastic Films<br>PO BOX 129<br>Orland Park, IL 60462 | | - | | | | | 2,061.00 |
| Account No. | | | Trade Debt | | | | |
| Creditor #: 10<br>Barkaat Foods<br>3810 S. Halsted St<br>Chicago, IL 60609 | | - | | | | | 145.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 11<br>Batory Foods<br>1700 Higgins Road Suite 30<br>Des Plaines, IL 60018 | | - | | | | | 2,795.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 12<br>Bea's best Corned Beef<br>City Foods, Inc<br>PO BOX 09190<br>Chicago, IL 60609 | | - | | | | | 10,455.00 |

Sheet no. _2_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    15,782.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chicago Fresh Meats, Inc.**                                    ,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 13**<br>**BerkleyNet Underwriters**<br>**PO BOX 535080**<br>**Atlanta, GA 30353** | - | | **Insurance** | | | | **2,319.00** |
| Account No.<br>**Creditor #: 14**<br>**Berkshire Refrigerated Warehousing**<br>**PO BOX 09284**<br>**Chicago, IL 60609** | - | | **Trade Debt** | | | | **1,710.00** |
| Account No.<br>**Creditor #: 15**<br>**Bingo Sales, Inc**<br>**PO BOX 275**<br>**Walker, MN 56484** | - | | **Trade Debt** | | | | **652.00** |
| Account No.<br>**Creditor #: 16**<br>**BMF Computers**<br>**1601 S. 54th Ave.**<br>**Cicero, IL 60804** | - | | **Trade Debt** | | | | **950.00** |
| Account No.<br>**Creditor #: 17**<br>**Calumet Tailer Service**<br>**1801 East 130th Street**<br>**Chicago, IL 60633** | - | | **Trade Debt** | | | | **274.00** |

Sheet no. __3__ of __16__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)      **5,905.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chicago Fresh Meats, Inc.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Company Credit Card | | | | |
| Creditor #: 18 Capital One PO BOX 6492 Carol Stream, IL 60197-6492 | - | | | | | | | 611.00 |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 19 Central Scale & Supply 13701 S. Kenton Midlothian, IL 60445 | - | | | | | | | 209.00 |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 20 Cintas PO BOX 5 Bedford Park, IL 60499 | - | | | | | | | 223.00 |
| Account No. | | | | license/taxes | | | | |
| Creditor #: 21 City of Chicago Dept of Finance PO BOX88298 Chicago, IL 60680-1298 | - | | | | | | | 50.00 |
| Account No. | | | | licenses | | | | |
| Creditor #: 22 Clerk of the City of Chicago 121 N. LaSalle st Rm 107 Chicago, IL 60602 | - | | | | | | | 1,350.00 |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,443.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Chicago Fresh Meats, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Creditor #: 23 Colorado Boxed Beef, Inc. PO BOX 11407 Birmingham, AL 35246 | - | | | | | | 24,259.00 |
| Account No. | | | cable/phone | | | | |
| Creditor #: 24 Comcast PO BOX 3002 Southeastern, PA 19398 | - | | | | | | 217.00 |
| Account No. | | | Utilities | | | | |
| Creditor #: 25 ComEd System Credit/Bankruptsy Dept 2100 Swift Drive Oak Brook, IL 60523 | - | | | | | | 4,626.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 26 Creative Food Processing Equipmen 123 North 10th Ave. Melrose Park, IL 60160 | - | | | | | | 9,160.00 |
| Account No. | | | Trade Debt | | | | |
| Creditor #: 27 D& M Distributors 366 1/2 S. Side Square Carlinville, IL 62626 | - | | | | | | 52,241.00 |

Sheet no. __5__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     90,503.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Chicago Fresh Meats, Inc.**_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 28 Daymon Design PO BOX 10382 Uniondale, NY 11555-0382 | | - | | | | | 2,300.00 |
| Account No. | | | Trade Debt | | | | |
| Creditor #: 29 DeWeid International 5010 East 1H10 San Antonio, TX 78218 | | - | | | | | 6,841.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 30 Dickson 930 South Westwood Addison, IL 60101-4917 | | - | | | | | 553.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 31 Dual Temp 4301 South Packers Ave. Chicago, IL 60609 | | - | | | | | 1,682.00 |
| Account No. | | | Trade Debt | | | | |
| Creditor #: 32 E & S Marketing PO BOX 53 South Windsor, CT 06074 | | - | | | | | 1,682.00 |

Sheet no. _6_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **13,058.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chicago Fresh Meats, Inc.**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Creditor #: 33**<br>**Ecomomy Packing Co.**<br>**939 W, Fulton Street**<br>**Chicago, IL 60607** | | - | | | | | 16,943.00 |
| Account No. | | | Legal | | | | |
| **Creditor #: 34**<br>**Edgerton & Edgerton**<br>**125 Wood St.**<br>**West Chicago, IL 60186-0218** | | - | | | | | 602.00 |
| Account No. | | | Trade Debt | | | | |
| **Creditor #: 35**<br>**Edict Systems, Inc**<br>**PO BOX L-3115**<br>**Columbus, OH 43260** | | - | | | | | 243.00 |
| Account No. | | | Insurance | | | | |
| **Creditor #: 36**<br>**Employers Preferred Ins. Co**<br>**PO Box 5308**<br>**Phoenix, AZ 85072** | | - | | | | | 1,495.00 |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 37**<br>**Fleet Services**<br>**PO BOX 6293**<br>**Carol Stream, IL 60197** | | - | | | | | 9,602.00 |

Sheet no. __7___ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          28,885.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chicago Fresh Meats, Inc.**                                    ,    Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 38**<br>**Fox Del Luxe Food**<br>**370 N. Morgan**<br>**Chicago, IL 60607** | | - | **Trade Debt** | | | | 68,942.00 |
| Account No.<br>**Creditor #: 39**<br>**George's Chicken**<br>**5688 South Valley Pike**<br>**Mount Crawford, VA 22841** | | - | **Trade Debt** | | | | 98.57 |
| Account No.<br>**Creditor #: 40**<br>**Global Protein Solutions Inc**<br>**Naperville, IL 60563** | | - | **Trade Debt** | | | | 5,969.00 |
| Account No.<br>**Creditor #: 41**<br>**Grange Mutual Ins. Co,**<br>**PO BOX 88017**<br>**Chicago, IL 60680-1017** | | - | **Insurance** | | | | 50.00 |
| Account No.<br>**Creditor #: 42**<br>**Granger** | | - | **Trade debt** | | | | 389.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,448.57

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chicago Fresh Meats, Inc.**                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Creditor #: 43**<br>**Great Lakes Distributing**<br>**2601 Bernice Rd.**<br>**Lansing, IL 60438** | - | | | | | | 56.00 |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 44**<br>**Greco & Sons**<br>**1550 Hecht Rd**<br>**Bartlett, IL 60103** | - | | | | | | 569.00 |
| Account No. | | | Trade Debt | | | | |
| **Creditor #: 45**<br>**Grove Meat/Superior Farms**<br>**2635 N. Kildare**<br>**Blue Island, IL 60406** | - | | | | | | 21,731.00 |
| Account No. | | | Trade Debt | | | | |
| **Creditor #: 46**<br>**Harbro Packaging Company**<br>**2635 N. Kildare**<br>**Chicago, IL 60639** | - | | | | | | 211.00 |
| Account No. | | | Accounting | | | | |
| **Creditor #: 47**<br>**Hartman & Roehr Ltd**<br>**656 Busse Highway**<br>**Park Ridge, IL 60068** | - | | | | | | 2,325.00 |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,892.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chicago Fresh Meats, Inc.**                              , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 48 Industrial Battery Sales & Service 749 N. Harvard Villa Park, IL 60181 | | - | | | | | 842.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 49 Intralox, L.L.C PO BOX 730367 Dallas, TX 75373-0367 | | - | | | | | 367.00 |
| Account No. | | | | | | | |
| Creditor #: 50 John R. Morreale, Inc 216 N. Peoria St Chicago, IL 60607 | | - | | | | | 63,981.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 51 Loma Systems, In 39425 Treasury Cente Chicago, IL 60694 | | - | | | | | 750.00 |
| Account No. | | | Injury claim | | | | |
| Creditor #: 52 Luis Perez c/o The Romaker Law Firm 211 W. Wacker Drive, Ste 1450 Chicago, IL 60606 | | - | | | | | Unknown |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,940.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chicago Fresh Meats, Inc.**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 53 Maestranzi Bros 4715 N. Ronald Stree Harwood Heights, IL 60706 | - | | | | | | | 163.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 54 Managed Packaging System 955 Walnut Ridge Drive - Suite Hartland, WI 53029-8352 | - | | | | | | | 10,423.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 55 Mountain State Rosen 355 Food Center Drive Bldg C-16 Hunts Point Bronx, NY 10474 | - | | | | | | | 87,248.00 |
| Account No. | | | | | | | | |
| Creditor #: 56 Muskin & Cusick LL 100 West Main Street Suit 20 Lansdale, PA 19446 | - | | | | | | | 200.00 |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 57 NaNa's Kitche 1313 Old Bay Road McHenry, IL 60051 | - | | | | | | | 8,794.00 |

Sheet no. __11__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

106,828.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chicago Fresh Meats, Inc.**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 58 Nancy Moyer Label Consulting, Inc 5711 Park Driv Bowie, MD 20715 | - | | | | | | 130.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 59 Nitta Casings Inc P.O. Box 7780-473 Philadelphia, PA 19182-4732 | - | | | | | | 1,705.00 |
| Account No. | | | Utilities | | | | |
| Creditor #: 60 Peoples Gas Bill Payment Center Chicago, IL 60687-0001 | - | | | | | | 518.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 61 Pioneer Wholesale Meats 1000 West Carroll Ave. Chicago, IL 60607 | - | | | | | | 4,775.00 |
| Account No. | | | Staffing | | | | |
| Creditor #: 62 Pronto Staffing 10526 S. Ewing Ave. Chicago, IL 60617 | - | | | | | | 250.00 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,378.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Chicago Fresh Meats, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 63 Reichert Spice Co. 2696 N. 900 East Rd Ashkum, IL 60911 | - | | | | | | | 3,008.00 |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 64 Reiser 725 Dedham St. Canton, MA 02021 | - | | | | | | | 2,408.00 |
| Account No. | | | | Consulting | | | | |
| Creditor #: 65 Richard N. Jenkins 512 Longmeadow Circle Saint Charles, IL 60174 | - | | | | | | | 6,172.00 |
| Account No. | | | | Licenses | | | | |
| Creditor #: 66 Secretary of State 501S 2nd Street Springfield, IL 62756 | - | | | | | | | 2,245.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 67 Sherwood Distributers 12499 Evergreen Rd Detroit, MI 48228-1059 | - | | | | | | | 28,612.00 |

Sheet no. __13__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    42,445.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Chicago Fresh Meats, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Supplies | | | | |
| Creditor #: 68 Staples PO BOX 689020 Des Moines, IA 50368-9020 | - | | | | | | | 1,001.00 |
| Account No. | | | | | | | | |
| Creditor #: 69 Strategic Group 254 W. Airport Freeway Irving, TX 75062 | - | | | | | | | 931.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 70 Strauss Brands Incorporated 9775 S. 60th Street Franklin, WI 53132 | - | | | | | | | 110,000.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 71 Sun Foods Inc. PO BOX 38368 Detroit, MI 48238 | - | | | | | | | 9,337.00 |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 72 Sunchef Farms Inc 9750 B. De Sciences Montreal HIJ01A CANADA | - | | | | | | | 139,560.00 |

Sheet no. __14__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    260,829.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Chicago Fresh Meats, Inc.**                                    ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 73 Tech Packing 1974 Fays Lane Sugar Grove, IL 60554 | - | | | | | | | |
| | | | | | | | | 770.00 |
| Account No. | | | | Services | | | | |
| Creditor #: 74 Terminex PO BOX 742592 Cincinnati, OH 45274-2592 | - | | | | | | | |
| | | | | | | | | 464.00 |
| Account No. | | | | Services | | | | |
| Creditor #: 75 Terrapin Packaging, LT PO Box 366 Palos Heights, IL 60463 | - | | | | | | | |
| | | | | | | | | 24,456.00 |
| Account No. | | | | Inspection services | | | | |
| Creditor #: 76 U.S. Dept. of Agriculture P.O. Box 97900 Saint Louis, MO 63197-9001 | - | | | | | | | |
| | | | | | | | | 570.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 77 Uline 2200 South Lakeside Drive Waukegan, IL 60085 | - | | | | | | | |
| | | | | | | | | 625.00 |
| Sheet no. __15__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 26,885.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chicago Fresh Meats, Inc.**                                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Phone | | | | |
| **Creditor #: 78** **Verizon Wireless** **PO BOX 25505** **Lehigh Valley, PA 18002-5505** | - | | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| **Creditor #: 79** **Viscofan** **PO BOX 830469** **Birmingham, AL 35283-0469** | - | | | | | | | 4,248.00 |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 80** **Vista International Packaging, Inc** **1`126 88th Place** **Kenosha, WI 53143** | - | | | | | | | 6,825.00 |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 81** **Zep Sales & Service** **13237 Collections Center Dr** **Chicago, IL 60693** | - | | | | | | | 282.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 12,355.00 |
| Total (Report on Summary of Schedules) | | 805,871.52 |

B6G (Official Form 6G) (12/07)

In re   **Chicago Fresh Meats, Inc.**                                             ,     Case No. _____
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0** 
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **Chicago Fresh Meats, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Nadim El Kareh**<br>**5755 Rosinweed Lane**<br>**Naperville, IL 60564** | **American Chartered Bank**<br>**1199 E. Higgins Rd.**<br>**Schaumburg, IL 60173** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Chicago Fresh Meats, Inc.**                                          Case No. _____

                                                    Debtor(s)          Chapter   **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

          I, the Prsident of the corporation named as debtor in this case, declare under penalty of perjury that I have
read the foregoing summary and schedules, consisting of ___**28**___ sheets, and that they are true and correct to the best
of my knowledge, information, and belief.

Date  **October  3, 2013**                      Signature   **/s/ Nadin El Kareh**
                                                            **Nadin El Kareh**
                                                            **Prsident**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Chicago Fresh Meats, Inc.**                              Case No. _____

                                    Debtor(s)         Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,171,305.00** | **2013 YTD: Debtor Business Income** |
| **$4,742,403.00** | **2012: Debtor Business Income** |
| **$5,759,296.00** | **2011: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Chartered Bank V. CFM et al 2013 L** | **Collection** | **Circuit Court of Cook County** | **Default** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **American Chartered Bank**<br>**1199 E. Higgins Rd.**<br>**Schaumburg, IL 60173** | | **See attached exhibit**<br>**Value about $147,000.00** |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

#### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John S. Biallas, Attorney At Law**<br>**3N918 Sunrise lane**<br>**St. Charles, IL 60174** | **9/2013** | **$5,000.00** |

#### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**14. Property held for another person**

None ■  List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                NAME USED                                DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Chicago Fresh Meats, Inc.** | 75-3007150 | **5755 Rosinweed Lane Naperville, IL 60564** | **Wholesale Meat sales** | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED
**Hartman & Roehr Ltd**
**656 Busse Highway**
**Park Ridge, IL 60068**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                      ADDRESS
**Hartman & Roehr Ltd**                                   **656 Busse Highway**
                                                          **Park Ridge, IL 60068**

---

B7 (Official Form 7) (04/13)

7

| None | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
|------|---|
| ☐ | |

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **American Chartered Bank**<br>**1199 E. Higgins Rd.**<br>**Schaumburg, IL 60173** | |

### 20. Inventories

| None | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
|------|---|
| ■ | |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|----------------------------|

| None | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |
|------|---|
| ■ | |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|-------------------|----------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

| None | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
|------|---|
| ■ | |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

| None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|------|---|
| ☐ | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|------------------|-------|-----------------------------|
| **Nadim El Kareh**<br>**5755 Rosinweed**<br>**Naperville, IL 60564** | **President** | **70% of Stock** |
| **Dr. A. El Kareh** | | **10%** |
| **Binz Investments** | | **10%** |
| **Marie Kornaeki** | | **10%** |

### 22 . Former partners, officers, directors and shareholders

| None | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
|------|---|
| ■ | |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

| None | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
|------|---|
| ■ | |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October  3, 2013**                      Signature   **/s/ Nadin El Kareh**
                                                            **Nadin El Kareh**
                                                            **Prsident**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Exhibit

| QTY. | DESCRIPTION |
|------|-------------|
| 2 | Two Custom Designed and Fabricated Stainless Steel Kabob Make Up Lines |
| 75 | 18" x 26" Aluminum Pan Racks, with 20 Pan Capacity |
| 1 | M-Tek Inc. Model Mark 4, Stainless Steel Vacuum Packaging Machine, S/N 1246-0 (New 1998), with 52" Seal Bar |
| 2 | Hajek Model A6900, Roll Stock Vacuum Packaging Machine, S/N 2193 & 2102 (New 1993), with TA-15 Vacuum Pumps |
| 1 | Compac Model 5800 Shrink Wrap Machine, S/N 7946 (New 2008) |
| 1 | Gunter Model PI-168, Stainless Steel Pickle Injector, S/N 22183 (New 1989), with Brine Tank and Rotary Filter |
| 1 | FPEC Model VT-85, 2,200-Lb. Stainless Steel Vacuum Tumbler, S/N 2170 (New 1993), with Vacuum Pump |
| 20 | Winholt 12" x 26" Aluminum Pan Racks, with 10-Pan Capacity |
| 1 | Manufacturer Unknown Approx. 300-Gallon Stainless Steel Tank |
| Lot | Lot Morrison Scale System, with 24" x 24" Stainless Steel Platform and Zebra Stripe Printer, with Stainless Steel Enclosure |
| 1 | Zebra Model 105SL, Barcode Printer |
| 1 | Midstates Model 1071 Strapping Machine, S/N 2259 |
| 1 | Biro Model 44 Band Saw, S/N 2876 (New 1967) |
| Lot | Stainless Steel Portable Meat Tubs |
| 1 | Bizerba Model S-111, Stainless Steel Tenderizer |
| 1 | Lyco Model LT-20, 20-Lb. Vacuum Tumbler |
| 1 | Manufacturer Unknown Strapping Machine |
| 1 | Rochman Model TSLA 50/40, Automatic L-Bar Sealer, S/N 7440207 (New 2007), with Shrink Tunnel, 16" x 20" Seal Area, and Approx. 10'L Infeed Conveyor |
| 1 | Butcher Boy Model SA-16, Stainless Steel Band Saw |

21

| | |
|---|---|
| 1 | Biro Model AFMG48, Stainless Steel Mixer Grinder |
| 1 | Hobart Model 4346, Stainless Steel Mixer Grinder, S/N 27-130-406 (New 1988) |
| 1 | Fairbanks Stainless Steel Digital Platform Scale, S/N 1808, with Stainless Steel Stand |
| 1 | Hollymatic Model 54, Patty Former, S/N 62475 (New 1997), with Discharge Conveyor on Stainless Steel Stand |
| 1 | Hollymatic Model 120, Meat Bulker, S/N 2575 (New 1995) |
| Lot | Mettler Toledo Automatic Wrap / Weigh / Label System, Consisting of: Mettler-Toledo Model XL0645-1023-000, Tray Wrapper, S/N 3080907-3-AA (New 1999); Mettler-Toledo Model 705, Labeler; Mettler-Toledo Model 317-2001-000, Label Printer, S/N 3067849-8-ZW (New 1995); Mettler-Toledo Model 8361, Controller, Etc. |
| 1 | Biro Model 44 Band Saw, S/N 7511 (New 1987) |
| 1 | Biro Model 3334 Band Saw, S/N 9871 (New 1975) |
| 1 | Koch Model RM571, Tray Sealer |
| 1 | Food Logistik Model MS84-2 Stainless Steel Dicer, S/N 950020 (New 1995) |
| 1 | Majac Stainless Steel Skinner |
| 1 | Approx. 52" x 52", 5,000-Lb. Capacity Steel Platform Scale, with Drive Up Ramp and Remote Digital Readout |
| 1 | Ingersoll-Rand Model T-30, 2-Stage 10-HP Vertical Tank Mounted Reciprocating Air Compressor, S/N N/A, with Ingersoll Rand Air Dryer |
| 1 | Hotsy Model 982SS, Gas Fired Hot Water Pressure Washer, S/N H0303-72836 (New 2003) |
| 1 | Campbell Hausfeld Model VT619501AJ, 2-HP Vertical Tank Mounted Reciprocating Air Compressor, S/N L12-19-96-02580 (New 1996), with 60-Gallon Tank |
| 1 | Ross Model RF951UF Ice Machine, S/N FG820, with Stainless Steel Portable Ice Storage Bin |
| 1 | Zebra Model Z4M, Plus Barcode Printer |

*Exhibit C*

| | |
|---|---|
| 1,500 | 18" x 26" Aluminum Open Bead Sheet Pans |
| 1 | Berkel Model 180-GS, Slicer Stacker, with Conveyor |
| 1 | Crown 3,000-Lb. Capacity Electric Walk Behind Pallet Jack |
| 1 | Manufacturer Unknown Approx. 12' x 12' Walk In Freezer |
| 1 | Band Sealer, Item No. 100791 |
| 1 | Koch Ultravac 2100 double chamber, includes 7.5 hp Busch vacuum pump |
| 1 | Riva Freezer Compressor 7.5H, with 4 fan evaporator |
| 1 | 18" x 96" Packoff Conveyor |
| 1 | Ross Series TC700 Tenderizer, Model No. 700M |
| 1 | NuTec Model 745 Former, Serial No. 745-880815, 16" Usable Mold Plate Width, Nutecture Fill System, 400# Hopper, (2) paper feeds, self-contained hydraulic power pack, with Intralox belted, hydraulic driven takeaway conveyor, (3) sets round knockout cups, (3) Rotoflow cutting discs, assorted knockout cups, (9) assorted fill plates, (1) two drop paper feed, (1) three drop paper feed |
| ~~1~~ | ~~VEMAG 500 Continuous Stuffer, including built in vacuum system, complete electrical starting equipment, 200 lb. hopper, 5 HP main motor, 220/440 volts, 3 phase, 60 cycles, one double screw, digital portioner, built in Linker (905) with one knockout, and two additional Linker beam sets~~ |
| 1 | Insultion van, chassis make/model: FRTL/FL-70; body make/model: MORG/GVSR91-22; Reefer make/model: THER/MD-II 50SR; vehicle number 944848; serial number 1FVABTAK01 HJ97484 |
| Lot | Miscellaneous Support Equipment, Throughout Plant, Consisting of: Stainless Steel 2-Compartment Sink, Stainless Steel Wall Mounted Hand Sink, Palleting Racking, Metro Wire Shelving, Stainless Steel Cutting and Stainless Steel Work Tables, Plastic Tubs, Carts, Dunnage Racks, Portable Steps, Hoses, Ladders, (2) Hand Pallet Jacks, Clipper, Aluminum Storage Rack, Etc. |

23

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Chicago Fresh Meats, Inc.** _____

Debtor(s)

Case No. _____

Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **306.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 3, 2013** _____

/s/ John S. Biallas _____
**John S. Biallas 00203890**
**John S. Biallas, Attorney At Law**
**3N918 Sunrise lane**
**St. Charles, IL 60174**
**630-513-7878   Fax: 630-578-0426**
**jsb70@comcast.net**

---

## FOR PROFESSIONAL SERVICES RENDERED IN
## A CHAPTER 7 BANKRUPTCY
### (Business)

The undersigned hereby agree(s) to retain John S. Biallas, Attorney at Law of St. Charles, Illinois as Bankruptcy Counsel for:_____Chicago Fresh Meats, Inc._____(hereinafter the "client") and to pay the following retainer / fee credit and costs for the filing of a Chapter 7 Bankruptcy Proceeding, with such sums due before representation in the case shall be commenced, or according to such terms and conditions agreed to by the parties in advance:

**Total Fee (not including costs): $ 5000.00**

**Filing cost Deposit $ 306.00**

**Amount Due prior to filing: $ 5306.00**

John S. Biallas agrees to represent the client in the Bankruptcy proceeding and to appear at all necessary hearings and proceedings required to accomplish this end. The owners or officers of the Client acknowledge(s) that necessary continuances of some of these proceedings may be needed to facilitate scheduling of these matters so as to resolve conflicts in scheduling.

All fees shall be subject to the ultimate approval of the Bankruptcy Court under the provisions of the United States Bankruptcy Code.

The fees and costs set out above are due in advance prior to any work being performed. Once work on the schedules to be filed in the case is completed and a draft set of schedules is produced, whether or not the case is filed, 100% of the fee shall be deemed earned by John S. Biallas. If a refund is requested prior to that event John S. Biallas shall be entitled to retain an amount equal to his actual time expended on the case, including meetings, travel time, phone calls and computer drafting at the rate of $450.00 per hour.

If an Adversary Proceeding or other supplemental case is filed in this Bankruptcy proceeding either by or against the Client, the Client agrees to pay an additional trial retainer of $1,500.00, payable prior to the filing of the initial pleading or the appearance required in that proceeding. All Legal services in these supplemental proceedings shall be billed at the rate of $450.00 per hour including travel time. Invoices for these charges shall be billed to the client for prompt payment on a monthly basis. If these monthly billings are not paid, it is understood that John S. Biallas will be free to withdraw from any proceeding, with the permission of the Court.

Dated: _8 - 23. 2013_____2012

Agreed by Client: _Nadim El Koreh_____

Name

By _____

Accepted:

X _____

JOHN S. BIALLAS

3 N 918 Sunrise Lane

St. Charles, Ill 60174

630-513-7878

jsb70@comcast.net

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Chicago Fresh Meats, Inc.**                          Case No.
_____          Chapter    **7**
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **86**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **October  3, 2013**                    **/s/ Nadin El Kareh**
                                **Nadin El Kareh/Prsident**
                                Signer/Title

.

Air Liquide
PO BOX 95198
Chicago, IL 60694-5198

Allied Packaging System & Supplies
133 N. 25th Ave.
Melrose Park, IL 60160

Allied Waste
PO BOX 9001154
Louisville, KY 40290

American Chartered Bank
1199 E. Higgins Rd.
Schaumburg, IL 60173

American Chartered Bank
1199 E. Higgins Rd.
Schaumburg, IL 60173

American Label & Tag
41878
Canton, MI 48187

Amiflex Packaging
3350 Main
Skokie, IL 60076

AMS Mechanical Systems, Inc
140 Tower Drive
Willowbrook, IL 60527

AT&T
PO BOX 8100
Aurora, IL 60507-8100

B&G Plastic Films
PO BOX 129
Orland Park, IL 60462

Barkaat Foods
3810 S. Halsted St
Chicago, IL 60609

Batory Foods
1700 Higgins Road Suite 30
Des Plaines, IL 60018

Bea's best Corned Beef
City Foods, Inc
PO BOX 09190
Chicago, IL 60609

BerkleyNet Underwriters
PO BOX 535080
Atlanta, GA 30353

Berkshire Refrigerated Warehousing
PO BOX 09284
Chicago, IL 60609

Bingo Sales, Inc
PO BOX 275
Walker, MN 56484

BMF Computers
1601 S. 54th Ave.
Cicero, IL 60804

Calumet Tailer Service
1801 East 130th Street
Chicago, IL 60633

Capital One
PO BOX 6492
Carol Stream, IL 60197-6492

Central Scale & Supply
13701 S. Kenton
Midlothian, IL 60445

Cintas
PO BOX 5
Bedford Park, IL 60499

City of Chicago
Dept of Finance
PO BOX88298
Chicago, IL 60680-1298

Clerk of the City of Chicago
121 N. LaSalle st Rm 107
Chicago, IL 60602

Colorado Boxed Beef, Inc.
PO BOX 11407
Birmingham, AL 35246

Comcast
PO BOX 3002
Southeastern, PA 19398

ComEd
System Credit/Bankruptsy Dept
2100 Swift Drive
Oak Brook, IL 60523

Creative Food Processing Equipmen
123 North 10th Ave.
Melrose Park, IL 60160

D& M Distributors
366 1/2 S. Side Square
Carlinville, IL 62626

Daymon Design
PO BOX 10382
Uniondale, NY 11555-0382

DeWeid International
5010 East 1H10
San Antonio, TX 78218

Dickson
930 South Westwood
Addison, IL 60101-4917

Dual Temp
4301 South Packers Ave.
Chicago, IL 60609

E & S Marketing
PO BOX 53
South Windsor, CT 06074

Ecomomy Packing Co.
939 W, Fulton Street
Chicago, IL 60607


Edgerton & Edgerton
125 Wood St.
West Chicago, IL 60186-0218


Edict Systems, Inc
PO BOX L-3115
Columbus, OH 43260


Employers Preferred Ins. Co
PO Box 5308
Phoenix, AZ 85072


Fleet Services
PO BOX 6293
Carol Stream, IL 60197


Fox Del Luxe Food
370 N. Morgan
Chicago, IL 60607


George's Chicken
5688 South Valley Pike
Mount Crawford, VA 22841


Global Protein Solutions Inc
Naperville, IL 60563


Grange Mutual Ins. Co,
PO BOX 88017
Chicago, IL 60680-1017


Granger


Great Lakes Distributing
2601 Bernice Rd.
Lansing, IL 60438

Greco & Sons
1550 Hecht Rd
Bartlett, IL 60103


Grove Meat/Superior Farms
2635 N. Kildare
Blue Island, IL 60406


Harbro Packaging Company
2635 N. Kildare
Chicago, IL 60639


Hartman & Roehr Ltd
656 Busse Highway
Park Ridge, IL 60068


Industrial Battery Sales & Service
749 N. Harvard
Villa Park, IL 60181


Intralox, L.L.C
PO BOX 730367
Dallas, TX 75373-0367


John R. Morreale, Inc
216 N. Peoria St
Chicago, IL 60607


Loma Systems, In
39425 Treasury Cente
Chicago, IL 60694


Luis Perez
c/o The Romaker Law Firm
211 W. Wacker Drive, Ste 1450
Chicago, IL 60606


Maestranzi Bros
4715 N. Ronald Stree
Harwood Heights, IL 60706


Managed Packaging System
955 Walnut Ridge Drive - Suite
Hartland, WI 53029-8352

Mountain State Rosen
355 Food Center Drive
Bldg C-16 Hunts Point
Bronx, NY 10474


Mr. Sam Schumer
Meltzer, Purtill & Stelle, Ltd
300 S. Wacker Drive
Chicago, IL 60606


Mr. Sam Schumer
Meltzer, Purtill & Stelle, Ltd
300 S. Wacker Drive
Chicago, IL 60606


Muskin & Cusick LL
100 West Main Street Suit 20
Lansdale, PA 19446


NaNa's Kitche
1313 Old Bay Road
McHenry, IL 60051


Nancy Moyer Label Consulting, Inc
5711 Park Driv
Bowie, MD 20715


Nitta Casings Inc
P.O. Box 7780-473
Philadelphia, PA 19182-4732


Peoples Gas
Bill Payment Center
Chicago, IL 60687-0001


Pioneer Wholesale Meats
1000 West Carroll Ave.
Chicago, IL 60607


Pronto Staffing
10526 S. Ewing Ave.
Chicago, IL 60617

Reichert Spice Co.
2696 N. 900 East Rd
Ashkum, IL 60911


Reiser
725 Dedham St.
Canton, MA 02021


Richard N. Jenkins
512 Longmeadow Circle
Saint Charles, IL 60174


Secretary of State
501S 2nd Street
Springfield, IL 62756


Sherwood Distributers
12499 Evergreen Rd
Detroit, MI 48228-1059


Small Business Administration
500 West Madison Street
Chicago, IL 60661


Small Business Administration
500 West Madison Street
Chicago, IL 60661


Staples
PO BOX 689020
Des Moines, IA 50368-9020


Strategic Group
254 W. Airport Freeway
Irving, TX 75062


Strauss Brands Incorporated
9775 S. 60th Street
Franklin, WI 53132


Sun Foods Inc.
PO BOX 38368
Detroit, MI 48238

Sunchef Farms Inc
9750 B. De Sciences Montreal HIJ01A
CANADA

Tech Packing
1974 Fays Lane
Sugar Grove, IL 60554

Terminex
PO BOX 742592
Cincinnati, OH 45274-2592

Terrapin Packaging, LT
PO Box 366
Palos Heights, IL 60463

U.S. Dept. of Agriculture
P.O. Box 97900
Saint Louis, MO 63197-9001

Uline
2200 South Lakeside Drive
Waukegan, IL 60085

Verizon Wireless
PO BOX 25505
Lehigh Valley, PA 18002-5505

Viscofan
PO BOX 830469
Birmingham, AL 35283-0469

Vista International Packaging, Inc
1`126 88th Place
Kenosha, WI 53143

Zep Sales & Service
13237 Collections Center Dr
Chicago, IL 60693

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Chicago Fresh Meats, Inc.** _____    Case No. _____

Debtor(s)                    Chapter    **7**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Chicago Fresh Meats, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  3, 2013** _____       **/s/ John S. Biallas** _____
Date                          **John S. Biallas 00203890**
                              Signature of Attorney or Litigant
                              Counsel for   **Chicago Fresh Meats, Inc.** _____
                              **John S. Biallas, Attorney At Law**
                              **3N918 Sunrise lane**
                              **St. Charles, IL 60174**
                              **630-513-7878 Fax:630-578-0426**
                              **jsb70@comcast.net**